Entered on Docket
March 01, 2016
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Andrea A. Wirum, State Bar. No. 095616
Chapter 7 Trustee
P.O. Box 1108
Lafayette, CA 94549
Telephone & Fax: (415) 294-7710
trustee@wirum.com

Signed and Filed: February 29, 2016

HANNAH L. BLUMENSTIEL
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

ADAM EATIA
ALICE EATIA

Debtors

Case No. 15-31492 HLB

Chapter 7

## ORDER APPROVING STIPULATION TO EXTEND DEADLINES

Having reviewed and considered the Stipulation to Extend Deadlines (the "Stipulation"), and good cause appearing therefore,

It is hereby ordered that the Stipulation is approved. The deadline for Chapter 7 Trustee Andrea A. Wirum and/or the United States Trustee to object to the captioned Debtor's claim of exemptions or an action objecting to the discharge of the Debtor under Section 727 of the Bankruptcy Code is extended through and including April 14, 2016.

**\*\*\*END OF ORDER\*\*\***